THE STATE OF OHIO, APPELLEE, *v.* MORGAN ET AL., APPELLANTS.

[Cite as State v. Morgan (1972), 32 Ohio St. 2d 196.]

(No. 72-192—Decided December 15, 1972.)

*Mr. John T. Corrigan,* prosecuting attorney, and *Mr. Harvey R. Monck,* for appellee.

*Messrs. Squire, Sanders & Dempsey* and *Mr. Isaac Schultz,* for appellants.

*Per Curiam.* Upon the facts presented, the motion for a delayed appeal, filed December 23, 1971, should have been sustained. Therefore, the judgment is reversed and the cause is remanded.

*Judgment reversed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, CORRIGAN, STERN, LEACH and BROWN, JJ., concur.